UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| MICHAEL A. LUNA, <br><br> *Plaintiff,* <br><br> v. <br><br> COURT OF COMMON PLEAS and ERIE COUNTY PRISON, <br><br> *Defendants.* | Civil Action No. 1:15-cv-00248-BR-SPB <br><br> **ORDER** |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. The Court **GRANTS** the Motion to Dismiss filed by Defendant Erie County Prison, (Doc. No. 15);

3. The Court **GRANTS** the Motion to Dismiss filed by Defendant Court of Common Pleas, (Doc. No. 18);

4. This case is now **CLOSED**; and

5. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED: January 26, 2017

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE